FILED
JUN 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD FERNANDEZ, | No. C 13-2683 JCS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This federal civil rights action, in which plaintiff challenges the denial of a prison transfer by his jailors at California Men's Colony, is TRANSFERRED to the Central District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

DATED: June 19, 2013

JOSEPH C. SPERO
United States Magistrate Judge

No. C 13-2683 JCS (PR)
ORDER OF TRANSFER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD HERNANDEZ,

      Plaintiff,

v.

CALIFORNIA MENS COLONY et al,

      Defendant.

Case Number: CV13-02683 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arnold Fernandez C51474
California Men's Colony West State Prison
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: June 19, 2013

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk